PATRICIA L. McCABE, CSBN 156634
KRISTIN E. BERK, CSBN 275840
Law Offices of Patricia L. McCabe
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406-3874
(818) 907-9726; Fax: (818) 907-6384
Email: patricia@mccabedisabilitylaw.com

Attorneys for Plaintiff,
MIA MALANA GARITANO-RIVERA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MIA MALANA GARITANO-RIVERA<br>        Plaintiff,<br><br>v.<br><br>ANDREW SAUL[1],<br>Commissioner of Social Security<br><br>        Defendant. | Case No. 2:19-CV-04292-SHK<br><br>[proposed] ORDER FOR AWARD OF ATTORNEY FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br><br>Judge:  Hon. Shashi H. Kewalramani |

Based upon the parties' Stipulation for Award of Attorney Fees under The Equal Access to Justice Act (EAJA), IT IS ORDERED that Patricia L. McCabe, Counsel for Plaintiff, be paid attorney fees in the amount of $5,100.00, pursuant to 28 U.S.C. § 2412(d), and, costs in the amount of $400.00 pursuant to 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Date:  August 19, 2020     _____

SHASHI H. KEWALRAMANI
United States Magistrate Judge

---

[1]  Andrew Saul became Commissioner of Social Security on June 17, 2019. Pursuant to FRCP Rule 25(d), Andrew Saul should be substituted for Acting Commissioner Nancy A. Berryhill as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).